1451

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E): 2006–0492.  Dayton–Montgomery Cty. Port Auth. v. Montgomery Cty. Bd. of Revision. Board of Tax Appeals, No. 2004–A–1227.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 9, 2006*

[Cite as *05/09/2006 Case Announcements,* 2006-Ohio-2256.]